# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| GABRIELA AGUILAR GARZA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-16-CA-974-FB |
| ) | |
| STATE FARM LLOYDS, DUSTIN ) | |
| GRIFFIN, and MARTY OTTERSEN, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal Without Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE. Motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 24th day of July, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE